UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No
Friedrich Lu, Plaintiff

v

William Sprague, Nancy Mahan, Kevin P Kerr, Patricia Armstrong, Gina Cohen, Crystal Carrington, Yudelkys de Los Santos and Jennifer Staples, Bay Cove Human Resources, Inc, Kevin Michael Magoon, Anthony S Owens, Sandra L Ehlinger, Anthony J Rizzo and district attorney Daniel F Conley, Defendants

## COMPLAINT

(1)     The court has subject matter jurisdiction over this matter under 28 USC § 1331.

(2)     There is a corruption ring in this district court whose members are, though they may not know one another as such: chief judge Patti B Saris, judges F Dennis Saylor IV, Denise J Casper, Indira Talwani, Leo Sorokin, Allison D Burroughs, and senior judges Mark L Wolf and George A O'Toole Jr.

(3)     Some, but by no means all, of defendants are listed here.

(a)     Bay Cove Human Resources, Inc ("Bay Cove") is based in 66 Canal Street Boston, MA, 02114 whose president and CEO is William Sprague, a vice president Nancy Mahan, general counsel Kevin P Kerr, employees Patricia Armstrong, Gina Cohen, Crystal Carrington, Yudelkys de Los Santos and Jennifer Staples.

(4)     The following events arose out of the same transaction or occurrence where Bay Cove and its personnel drove plaintiff out of an apartment (54 Blue Hill Avenue, Apt #1, Boston, MA 02119) which Bay Cove leased from The Canton Corp sometime:

(a)     A client of Bay Cove, plaintiff Friedrich Lu had a social work privilege with it (Bay Cove) under Mass Gen Laws chap 112, §§ 135 et seq, which Lu never waived. From Sprague down, all knew they were corrupting judiciaries in both state and federal courts.

(b)     Sprague, Mahan, Kerr, Armstrong, Cohen, Carrington, de Los Santos and Staples in a eviction proceeding colluded with attorney/ arbitrator David S Faye, at a state Department of Mental Health

hearing on Feb 26, 2015. Faye saided with them and Lu appealed. Lu (or "FL" as of now) v

Department of Mental Health, Suffolk Super Ct No 2015-cv-1089-H. The same colluded with a judge

there, who ruled against Lu; assistant clerk Clive Doran entered a judgment both without authority and

without notifying parties, rendering Lu unable to appeal the decision.

(c)      The same colluded with judge Allison Dale Burroughs in Lu v Fairfield, US Dist Ct (D.Mass.)

No 15-cv-10088-ADB, which was dismissed on May 13, 2015.

(d)      In the preceding case, Lu had the process served on Cohen at 1450 Blue Hill Avenue, Boston,

MA 02126. For *that*, Cohen obtained three restraining orders against Lu, all *ex parte*. Cohen v Lu,

Dorchester Division of Boston Municipal Court, No case No 1507R524 (R for "restraining" order).

When Lu fought the case and served Cohen with court papers via first-class mail, postage prepaid,

Cohen and Kerr went to Boston police to file a police report. Subsequently Cohen, Armstrong and

Boston police detective Kevin Michael Magoon applied in person for criminal process of harassment

against Lu, despite state law and restraining orders themselves (served on Lu eventually). The trio

colluded with clerk/ magistrate Anthony S Owens (who had withheld Lu's restraining order case from

appeal). Lu was charged, but insisted on representing himself. Court psychologist Sandra L Ehlinger

colluded with a state judge and who dispatched lu to a psychiatry hospital.

(5)      In Commonwealth v Lu, Boston Municipal Court No 1701CR1527, assistant district attorney

Anthony J Rizzo and district attorney Daniel F Conley colluded with a witness of Lu's, causing many

false entries in electronic dockets.

(6)      Count One: Racketeering Influenced Corrupt Organization Act, 18 USC §§ 1962(a)(c)(d) and

1964(c) -- where the racketeering activity was wire fraud 18 USC § 1343. RICO person is unknown.

(6)      Count Two: 42 USC § 1983.

(7)    Count Three: Breach of fiduciary duty.

(8)    Count Four: Breach of contract.

(9)    Lu demands jury trial.

Plaintiff:       Friedrich Lu, pro se
Date:            December 10, 2018
Email address:   chi2flu@gmail.com
Address:         % St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112